**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI-CIVIL DIVISION**

**CASE NO.: 07-22975 - CIV - JORDAN/TORRES**

JAMES ETIENNE,

Plaintiff,

vs.

ZONE 5, INC. and
WALLACE LAWSON
and DORON MAROM,

Defendants.

______________________________________/

## FIRST AMENDED COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, JAMES ETIENNE, through counsel, sues the Defendants, ZONE 5, INC., WALLACE LAWSON and DORON MAROM, and alleges as follows:

1. This is an action for damages and equitable relief within the jurisdiction of this court.

2. The Plaintiff resides in Florida and is a past employee of Defendants.

3. The Defendant, ZONE 5, INC., is a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of hurricane shutter fabrication and installation, and at all times material hereto Defendant was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein and engaged along with its employees in interstate commerce and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, WALLACE LAWSON, is a resident of MIAMI-DADE County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ZONE 5, INC.; said Defendant acted and acts directly in the interests of the Defendant, ZONE 5, INC., in relation to said co-Defendant's employees. Defendant effectively dominates ZONE 5, INC. administrative functions or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, he was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

5. Defendant, DORON MAROM, is a resident of MIAMI-DADE County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ZONE 5, INC.; said Defendant acted and acts directly in the interests of the Defendant, ZONE 5, INC., in relation to said co-Defendant's employees. Defendant effectively dominates ZONE 5, INC. administrative functions or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, he was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. In justifiable reliance upon Defendants' representations and promises, Employee accepted employment and began working for Defendants as a shutter fabricator and installer.

7. During his employment (i.e. from about May 14, 2007 through July 22, 2007), Plaintiff agreed to work for a rate of $13.75 per hour.

8. However, during the period from approximately July 9 through July 22, Plaintiff worked a total of approximately 62.5 hours, and Defendants willfully failed to tender the appropriate minimum wage

9. Despite Plaintiff's continued demand for payment, the Defendants refused to tender payment and to date have failed to pay Plaintiff the legally owed wages.

10. Despite repeated requests for same, the Defendants have knowingly and willfully failed to follow the law and failed to pay the wages due and owing.

11. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

12. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

13. Plaintiff reavers and realleges Paragraphs 1-12 herein.

14. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is: (i) entitled to unpaid minimum wages from Defendants for the work performed; and is (ii) entitled to liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15. Plaintiff seeks recovery of the unpaid minimum wages, liquidated damages, interests, costs, and attorney fees.

WHEREFORE, the Plaintiff prays for judgment in his favor against the Defendants, jointly and severally, plus cost and reasonable attorney's fees, and such other remedy as the court deems just and appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 21, 2007 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Loren & Mercer, P.A.
Attorneys for Plaintiff
320 South State Road 7
Suite # 300
Plantation, Florida 33317
(954)585-4878

*/s/ JAMES LOREN*

JAMES LOREN, Esquire
Fla Bar No.: 0055409
JLoren@Lorenlaw.com

**SERVICE LIST**

ZONE 5, INC.
Registered Agent: Michael Glinsky & Company, C.P.A.
169 E. Flagler St.
Suite 1620
Miami, FL 33131
VIA US Mail

WALLACE LAWSON
6700 NE 4th CT.
Miami, FL 33138
VIA US Mail