**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI-CIVIL DIVISION**

**CASE NO.:07-22975**

**JAMES ETIENNE,**

**Plaintiff,**

**vs.**

**ZONE 5, INC. and**
**WALLACE LAWSON,**

**Defendants.**

**________________________________________/**

# SUGGESTION OF BANKRUPTCY

COMES NOW, Zone 5, Inc., ("Defendant"), by and through the undersigned counsel, and states:

1. Defendant has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida on January 11, 2008, which bears the case number 08-10322-AJC.

2. This action is subject to the automatic stay of 11 U.S.C. § 362, and may be founded on a claim from which discharge would be a release or that seeks to impose a charge on the property of the estate.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362 absent further order of the U.S. Bankruptcy Court for the Southern District of Florida.

I HEREBY CERTIFY that a copy of the foregoing Suggestion of Bankruptcy was sent via regular U.S. mail on January 17, 2008 to: James Loren, Esq., Loren & Mercer, P.A., 320 South State Road 7, Suite #300, Plantation, Florida 33317.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

EHRENSTEIN CHARBONNEAU CALDERIN
Counsel for Debtor,
Zone 5, Inc.
2915 Mellon Financial Center
1111 Brickell Avenue
Miami, FL 33131
305-722-2002 Telephone
305-722-2001 Fax

By: *__/s/ Edward J. Welch*________________________
EDWARD J. WELCH, Esquire
Florida Bar No.: 685089
ew@ECCcounsel.com